**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00684-CV

### ERIC WILLIAMS AND SUBRINA LYNN BRENHAM, Appellants

### V.

### ERIK WILSON, DIANNE GIBSON,
### CITY OF DALLAS, AND DALLAS COUNTY, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05433**

## ORDER

Before the Court is the June 5, 2015 motion for nonsuit filed by appellant Eric Williams informing the Court that he no longer desires to pursue this appeal. Accordingly, we grant the motion and dismiss this appeal as to appellant Eric Williams only. This appeal continues with respect to appellant Subrina Lynn Brenham.

/s/     ELIZABETH LANG-MIERS
         JUSTICE